B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

*(handwritten:)* F0077617 — 0 —
*13 -800*
2013 DEC 30  AM 10: 48
*(stamp:)* U.S. ... COURT
DISTRICT OF MARYLAND
BALTIMORE

| PLAINTIFFS<br><br>Sandra Forquer | DEFENDANTS<br><br>Wells Fargo Bank N.A. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Pro Se<br>452 E. Broadway Street<br>Bel Air, MD 21014 | ATTORNEYS (If Known) |

| PARTY (Check One Box Only)<br>☑ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☑ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Fraudulent claims as creditor; claiming holder in due course status but refusing to provide requested evicence to Defendant, as required under the Maryland Code Commercial Law, UCC-3 Negotiable Instruments.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☑ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought  Void secured status - lien status/find lien invalid and unsecured/correct credit reporting & derogatory information/null and void assigned deed of trust. | |

*(handwritten: LM)*

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Sandra Forquer | BANKRUPTCY CASE NO.<br>13-29444 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Baltimore, Maryland | DIVISION OFFICE | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>December 28, 2013 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Sandra Forquer | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

FILED

2013 DEC 30  AM 10:40

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SANDRA S. FORQUER ) | |
| Debtor ) | |
| ) | |
| ) | |
| ) | BK No.  13-29444 |
| SANDRA S. FORQUER ) | CHAPTER 13 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | Adversary No. *13-00800* |
| WELLS FARGO BANK N.A. ) | |
| 1 HOME CAMPUS ) | |
| DES MOINES, IA  50328 ) | |
| ) | |
| And ) | TRIAL BY JURY DEMANDED |
| ) | |
| JOHN DOES 1-20 ) | |
| *Defendant's.* ) | |
| ) | |
| ) | |

**COMPLAINT TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF LIEN**
**AND TO DISALLOW SECURED CLAIM**

COMES NOW debtor and plaintiff Sandra S. Forquer, ("Plaintiff"), and respectfully

states the following:

1.    The Courts have long held that *Pro se* pleadings are to be read liberally and if there is

relief available that they have failed to request, the Courts should be lenient and the *Pro*

*se* litigant should be afforded that available relief. *Haines v. Kerner*, 404 U.S. 519 (1972)

"Allegations such as those asserted by petitioner, however in artfully pleaded, are

sufficient"... "which we hold to less stringent standards than formal pleadings drafted by lawyers."

2. *Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.*, 151 Fed 2nd 240; *Pucket v. Cox*, 456 2nd 233, "Pro se pleadings are to be considered without regard to technicality; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers."

## JURISDICTION AND VENUE

3. This adversary proceeding is brought pursuant to 11 U.S.C. § 506 and Federal Rule of Bankruptcy Procedure 7001.

4. The Court has jurisdiction pursuant to 29 U.S.C. § 151, 157, and 1334(b). Venue is proper pursuant to 28 U.S.C. § 1409.

5. This adversary proceeding is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(b) and (b)(2)(k). This is an action to determine the validity, extent, or priority of lien and the allowance or disallowance of claims against the property.

## PARTIES

6. Plaintiff Sandra S. Forquer is of legal age and was at all times relevant hereto, a resident of the County of Harford, State of Maryland, the owner of certain residential real property located at 452 E Broadway Street, Bel Air, Maryland.

7. Defendant Wells Fargo Bank N.A. ("Wells Fargo") is a for- profit bank doing business in Maryland.

8. John Does 1 through 10 are corporate entities and/or individuals that may have a legal interest in the promissory notes, deed of trust, assignments or the real property which is the

subject of this proceeding and/or who may be responsible for the acts complained of herein.

9.    Plaintiff reserves the right to amend Complaint when the true names and capacities of such fictitiously named Defendants become known or when it has been ascertained with reasonably certainty that a cause of action can be satisfactorily stated and maintained.

10.    Collectively the defendants named above will be referred to as "Defendants."

11.    At all times relevant hereto Defendants conducted substantial business within the State of Maryland, frequently utilizing the laws and Courts of the State of Maryland and thereby did subject itself to the laws and jurisdiction of the State of Maryland.

## FACTS

12.    Plaintiff restates foregoing allegations as if fully set forth herein.

13.    Plaintiff filed a voluntary bankruptcy petition under Chapter 13 in the United States Bankruptcy Court on November 18, 2013.

14.    This adversary complaint arises out of Plaintiff's execution of a Promissory Note and Deed of Trust to refinance the property located at 452 E Broadway Street, Bel Air, Maryland.

15.    On October 31, 2005, Plaintiff signed a Promissory Note and Deed of Trust with the Lender GSF Mortgage Corporation.

16.    In an effort to determine the actual owner of the Plaintiff's Note, as defined by the Maryland Code Commercial Law ("UCC"), numerous requests and correspondence has been sent to the servicer Wells Fargo Home Mortgage ("WFHM"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), Mortgage Electronic Systems, Inc. ("MERS)", the substitute trustees ("Trustees") and Wells Fargo, over a period of two years.

17.    Plaintiff submitted numerous requests (Exhibit A) to Wells Fargo, WFHM, Freddie Mac

and the Trustees for the production of documents that would verify they were the Person Entitled to Enforce the Note and make demands of payment from me under the threat of foreclosure. The responses were photocopies of the alleged Note with various reasons as to why they would not provide the information, or in some cases, no response at all.

18. Numerous requests for validation of the alleged debt (Exhibit B) were sent to Wells Fargo, WFHM, Freddie Mac and the Trustees. Proper validation of the alleged debt never occurred.

19. Numerous requests to visually inspect the original Note (Exhibit C) that the Defendants allegedly have in their possession, were not honored.

20. The original Note must be inspected to validate the authenticity of the signatures and to determine if the indorsements are valid.

21. Under UCC § 3-501(b)(2), if there is a request for proof, they shall produce the physical Note if they claim they have it. Defendants have chosen not to, and/or refused to produce the physical Note.

22. By tacit admission the Defendants have effectively admitted they have no rights under the law and are not the Person Entitled to Enforce the Note.

23. The Defendants refusal to answer requests for documents prior to initiating a foreclosure action could be construed as a deliberate attempt to conceal information. "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981). Cert Denied, 50 U.S. L.W.2169; S. Ct. March 22, (1982).

24. Upon information and belief, neither Wells Fargo nor the Trustees have the original Note. You must possess the original Note when you initiate a foreclosure action or the party lacks standing and the case should be dismissed. "A party lacks standing to invoke the

jurisdiction of a court unless he has, in an individual or a representative capacity, some real interest in the subject matter of an action." *Wells Fargo Bank, v. Byrd*, 178 Ohio App.3d 285,2008-Ohio-4603,897 N.E.2d 722 (2008).

25.     Defendants **admitted prior to the commencement of this action** that none of them was owed any money by the Plaintiff, that no presentment had been made for payment of my Note pursuant to Maryland's UCC *(UCC § 1-101, et eq.)*, and that I had not dishonored or defaulted under the Note by refusing to comply with the demands they made.

26.     No such person stepped forward prior to the commencement of this action and, even to this day, none of the Defendants or their masters have chosen to respond as required by the UCC with verifiable and genuine proof that they have either the right to enforce the Note or that they are the legal agent of such a person (UCC § 3-501(a)).  At this point the Defendants are mere interlopers having made demands and threats as if they are entitled to enforce my Note.

27.     There is no proof that a proper chain of assignments took place and that the lien positions were properly perfected.  Federal Circuit Courts have ruled that the only way to prove the perfection of any security, including promissory notes, is by actual possession of the Note.

28.     Current or prior possession must be proven under the UCC guidelines.  The production of an original Note does not establish that the person presenting the Note was transferred the rights to enforce the instrument.  That determination must be made based on the UCC.  Even if the Defendants do have the original Note, they must still answer the questions of how they acquired it and when, and what rights of enforcement were transferred to them.

29.     The only document submitted as to proof of Freddie Mac's ownership of alleged Note is an affidavit by Maria Cabrera, who is an employee of Wells Fargo.  No evidence whatsoever has been submitted to authenticate whether Freddie Mac is the person entitled to enforce the instrument with 100% rights of enforcement, pursuant to the UCC.

30.  Numerous requests to Wells Fargo, WFHM, Trustees, and Freddie Mac have been sent, requesting the necessary evidence that they are the actual party in interest to initiate a foreclosure action, how they obtained the alleged Note, what rights were transferred to them via negotiation, and whether they actually are in possession of the original Note. These requests were not answered and/or denied.

31.  Upon information and belief, Plaintiff states that there has been a concerted and conspiratorial effort by the Defendants to defraud the Plaintiff, as well as many other property owners through their use of extensive knowledge of the legal system and undue influence in the courts combined with outright fraud to deprive not only the Plaintiff but many others of their due process rights as well as to the possession of their real property.

32.  When such conduct has been committed, there is precedent in the law that allows for responsibility of their actions. *Fina Supply, Inc. v. Abilene Nat. Bank*, 726 S.W.2d 537, 1987, "Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct."

33.  Black's Law Dictionary Fifth Edition, page 594, defines Fraud:

*An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right. A false representation of a matter of fact which deceives and is intended to deceive another so that he shall act upon it to his legal injury. It consists of some deceitful practice or willful device, resorted to with intent to deprive another of his right, or in some manner to do him injury.* (Emphasis added).

34.  Upon information and belief, Freddie Mac is not the actual party in interest or the person entitled to enforce under the UCC regarding negotiable instruments. Therefore, Wells Fargo is not the holder in due course and not authorized, nor acting upon the instructions of the person entitled to enforce, to transfer or assign the deed of trust for the property

located at 452 E. Broadway Street, Bel Air, Maryland.

35.   The Defendants, and each of them, misrepresented the facts intending either to force Plaintiff to pay large sums of money to Defendants and each of them to which they are not entitled under the law, or to abandon Plaintiff's property to foreclosure sale.

36.   The common questions of law and fact over any issues affecting the Plaintiff, including but not limited to:

    a.   whether the alleged conduct constitutes violations of the laws asserted herein;

    b.   whether Plaintiff is entitled to declaratory relief;

    c.   whether Defendant's acts and omissions warrant punitive damages.

## FIRST CLAIM FOR RELIEF
### [Declaratory Relief to Determine Extent, Validity and Priority of Lien]
### [F.R.B.P. 7001(2) and 7001(9)]

37.   Plaintiffs restate their foregoing allegations as if fully set forth herein.

38.   Plaintiff alleges that she holds an interest in the property free and clear of any interest of Dependents, in that the lien evidenced by the Deed of Trust and its subsequent assignments has no value since it is wholly unsecured, and that accordingly, the Deed of Trust is null and void.

39.   There are no indorsements on the alleged Note or evidence submitted to indicate Freddie Mac's proof of claim to ownership.  Therefore Wells Fargo can not be entitled to the status of holder in due course with rights of enforcement pursuant to the Maryland Code Commercial Law.

40.   An actual controversy exits between the Plaintiff and Defendants with regard to the validity, nature and extent of their interest in the property.

41.     It is necessary that this Court declare the actual rights and obligations of the parties and make a determination as to the validity, nature and extent of Defendants interest in the property.

## SECOND CLAIM FOR RELIEF
### [Declaratory Relief to Determine Status of Disputed Claim]
### [11 U.S.C. § 506 and F.R.B.P. 7001]

42.     Plaintiff restates foregoing allegations as if fully set forth herein.

43.     Plaintiff alleges that the lien as evidenced by the MERS Assigned Deed of Trust has no value since it is wholly unsecured; that the disputed subject property claim is not allowable as a secured claim, and that accordingly, the Deed of Trust and its subsequent assignments are null and void.

44.     At no time relevant hereto did Freddie Mac hold both the Note and the Deed of Trust. Therefore, Wells Fargo does not have standing to file a proof of claim.

45.     Plaintiff asserts that neither Freddie Mac nor Wells Fargo hold a perfected secured claim upon Plaintiff's residence.

46.     An actual controversy exits between the Plaintiff and Defendants with regard to the status of its claim as secured or unsecured.

47.     It is necessary that this Court declare the actual rights and obligations of the parties and make a determination as to the whether the claim is secured or unsecured.

48.     Pursuant to 11 U.S.C. § 506(d) the lien is void.  Therefore, any claim of Defendants, Freddie Mac or Trustees should be deemed unsecured and the Deed of Trust void and/or satisfied.

## CONCLUSION

WHEREFORE, Plaintiff prays for judgment against the Defendants and each of them, jointly and severally, as follows:

1.  The Court determine that Defendants are not allowed to make a claim pursuant to 11 U.S.C. § 501(a).

2.  A determination that none of the Defendants hold both the Note and Deed of Trust and declare that Defendants are not the person entitled to enforce any claim, Note or alleged debt against Plaintiff.

3.  A finding that the Deed of Trust is either void or satisfied and order to the clerk to strike it from the land records

4.  Instruct Defendants to rescind any and all negative/derogatory information or reporting made to any and all credit bureaus regarding the account.

5.  Declare the alleged debt invalid or unenforceable with finality, so as to establish res judicata and estoppels.

6.  Then and in the event any one or more of such findings are made by this Court then the Plaintiff respectfully move this Court pursuant to the provisions of Section 1927 of Title 28 of the United States Code for the recovery of their legal fees and expenses.

7.  The Assignment upon which plaintiff necessarily relies identifies no entity to have authority and or capacity to enforce a trustee sale.

8.  For a declaration of the rights and duties of the parties, specifically that the foreclosure of Plaintiffs' residence was wrongful.

9.  For compensatory, special, general and punitive damages according to proof against all Defendants.

10. For civil penalties pursuant to statute, restitution, injunctive relief and reasonable attorneys fees according to proof.

11. Any other relief deemed appropriate by this Court at law or in equity.

### TRIAL BY JURY DEMAND

Plaintiff respectfully requests a trial by jury of all claims herein.

Dated:  December 28, 2013

Respectfully submitted,

Sandra S. Forquer
452 E. Broadway Street
Bel Air, MD  21014

# EXHIBIT  A

June 26, 2013

Via Certified Mail # 7010 1870 0000 6531 8328

Federal Home Loan Mortgage Corporation
Donald H. Layton, Chief Executive Officer
8200 Jones Branch Drive
McLean, VA  22102-3110

      RE:    452 E. Broadway Street, Bel Air, MD  21014 – Loan # 0199823253
               Per the Notice of Foreclosure Action received

Mr. Donald Layton:

      On May 29, 2013, this letter was sent to you (via Certified Mail # 7012 0470 0001 8524 6476) and to the substitute trustees/lawyers relating to the foreclosure case for this property that was filed in the State Court.  It was received by you on May 31, 2013.  I received no response from Federal Home Loan Mortgage Corporation, and basically no response from the law firm claiming to be authorized to initiate this action.  A photocopy of the Note and a mere statement is not a valid response to the questions in this document.  <u>This alleged debt is still disputed</u> (pursuant to the FDCPA, 15 USC 1692g Sec. 809 (b)), and proper validation is being requested by all parties claiming to be entitled to make payment demands or threaten a me with legal action.

      I received an undated document on May 15, 2013, titled NOTICE OF FORECLOSURE ACTION (the "Notice").  I have been informed that Federal Home Loan Mortgage Corporation is the investor of my Note.  I do not know you and do not know if you have the legal rights alleged in the Notice.  I need to determine whether the Notice has any legal validity.  For over two (2) years, I have been trying to find out "Who owns my Note".  I want to be able to negotiate with the actual owner of my Note, the one who has the legal authority to do so.  I do not want to make payments to the wrong person or to let the wrong person take my home.

      **I am again requesting** that you provide within fifteen (15) calendar days from the date of this letter, the below requested information and any additional information or documents you think establishes your right to make the demands or to carry out the threats of the Notice.  Your compliance with this request will not require much time or effort if, in fact, you have such rights and you verified same before sending the Notice to me.

      Respond only to the parts of the request that apply to you.  Please let me know which parts you claim don't apply to you.  Failure to eliminate any particular level of involvement will be viewed as your admission of claiming more than one hat regarding my mortgage loan and not having provided a complete and meaningful response.

      If you have a document that is responsive to this request, please provide a copy of the entire document, including exhibits.  A summary, abstract or comment about a document is not acceptable, and will not be treated as genuine evidence supporting whatever position you claim regarding my mortgage loan and Home.

Silence or an incomplete answer will be understood as your admission that the Notice was improperly issued and that your office has no right to enforce my mortgage loan pursuant to the Uniform Commercial Code (UCC) as adopted by the state of Maryland where my Home is located and, therefore, no right to foreclose on my Home.

1. If you claim to be the trustee appointed to conduct a judicial foreclosure on my Home, you need only comply with the following:

   a. Please provide the name, address, and phone number of the company and the person(s) at that company who instructed you to commence this foreclosure process. I deem your receipt of this letter to be receipt by your customer, also, and I require responses by you and your customer accordingly.

   b. Please describe the portion or text of any document I executed regarding my mortgage loan that authorizes you to perform the foreclosure services you have agreed to perform regarding my Home.

   c. If you claim you received only a verbal instruction to initiate this foreclosure process, please identify the date of that instruction and the name, address, employer, and phone number of the person who gave that instruction to you.

   d. Please explain everything you did to assure yourself that the company or person who instructed you to initiate the foreclosure process was, in fact, authorized to do so by law. Further, please provide a copy of each document, digital or hardcopy, you reviewed when making that assessment.

   e. Please provide a copy of the contract or agreement, and each of them if more than one, by which you were engaged to act as trustee regarding the foreclosure of my Home.

   f. Please provide a copy of all communications, whether email, fax, letter, or otherwise, that you have received or sent regarding my Home.

   g. If you have an office manual or policy statement about how and when you engage in and prosecute foreclosures, please provide a copy.

   h. Your failure to provide the requested information will be deemed your admission that you have engaged in this foreclosure process without authority and in violation of the terms of my mortgage loan documents and the laws of the state of Maryland in which the Home is located.

2. If you are an attorney representing a company that is involved with the demands and foreclosure threats of the Notice, please identify your client or clients with name, address, phone number, and a description of client's relationship to my mortgage loan and Home. Further identify your contact person for each such identified client, including his or her name, address, employer, and phone number. I deem your receipt of this letter to be receipt by your client and I require responses by you and your client(s) accordingly.

3. Do you claim that you are entitled to enforce my mortgage loan according to the Uniform Commercial Code of the state of Maryland where my Home is located, and not in the capacity as a servant for whomever might be that person? If so, please explain and identify the circumstances by which you obtained that right and when. In addition, please provide the explanations and documents requested below:

   a. If you claim to have physical possession of the Note I executed, please let me know when you will make the Note available for inspection and copying. The place you select must be close to my Home, unless we all agree otherwise.

   b. Please provide a complete accounting of the amount alleged due under my Note from its inception to the current time, including every credit and debit. Please account for each and any insurance proceeds, claim settlement, or warranty payments made regarding my Note and Home. If you maintain that no insurance, claim settlement, or warranty payments have been sought or received that involve directly or indirectly, my mortgage loan and Home, please state so in an affidavit under oath executed by one of your officers who is also your employee.

   c. Please provide a complete history of each transfer of the physical Note and each sale, transfer, exchange or assignment of the mortgage loan, in full or part, from its creation to the current time, including but not limited to the name, address, and phone number of each transferor and each transferee in that chain. Further, for each transfer or transaction please provide, in addition to any resulting assignment or conveyance instrument, the contract(s) or agreement(s) involved with the respective transfer or transaction, as made by the parties to each respective transfer or transaction. Also, please identify the source or sources of your information regarding that chain of activity regarding my mortgage loan.

   d. Please provide a copy of each email, fax, letter, or other communication you sent to or received from any person or company regarding my mortgage loan since its inception.

4. Do you work for a company that claims the right to enforce my mortgage loan pursuant to the Uniform Commercial Code of the state of Maryland where my Home is located? If so, please identify that company with its name, address, and phone number, and identify the person or persons at that company to whom you report.

   a. If you are an agent or servant, I deem that your receipt of this letter constitutes receipt by the company for which you are working, and I require that company respond as if it received this letter directly rather than through you.

   b. Please provide the contract, agreement, or document by which you were engaged to provide services for that company respecting my Home. If more than one contract or agreement is involved, please provide complete copies of each.

   c. Please admit that you hold no economic interest in my mortgage loan or Home. If you maintain otherwise please explain and provide each and all documents that you assert create an economic interest in my mortgage loan or Home.

d.  Please have the company you claim hired you respecting my Home to provide by the hand of one of its employees, directly to me, its affirmation of your engagement and authority to represent it respecting my Home and the Notice, and all of its documents regarding my mortgage loan.

e.  Please provide a copy of the document or documents by which that company declared a default under my mortgage loan and instructed you or some other person to commence collection actions regarding same. If you claim that instruction was verbal, please identify the person who gave it to you and include the date of that instruction and that person's name, address, employer, and phone number.

You are welcome to answer that you have no such information with which to reply to any particular request. If you need more time to provide the requested information and documents, I would be amenable to an extension of the time subject to a reciprocal extension, day-for-day, of each deadline stated in the Notice. Additionally, during such additional time, if granted per this paragraph, your delay in providing the required answers and documentation will be nevertheless deemed your admission, pending proof of the contrary, that the Notice was issued by mistake and that neither you nor the company you claim to represent, if applicable, actually has the right by law to make the demands and threats included in the Notice.

This is a formal notice, that if you do not, or can not, provide the necessary documents that ascertain your firm and the company (s) you represent, have the authority and standing to continue with the threats in the Notice of Foreclosure Action, that I will be pursuing a legal recourse in this matter.

Sincerely,

Sandra S. Forquer
452 E. Broadway Street
Bel Air, MD   21014

# EXHIBIT  B

January 6 2012                    VIA Certified Mail# 7010 1870 0000 6533 4175

Sandra S. Forquer
452 E. Broadway Street
Bel Air, MD  21014

Samuel White, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA  23462

     RE:  File No:  45-007054-11

To Whom It May Concern:

This letter is being sent to you in response to a letter I received on January 3, 2012.  Be advised, this is not a refusal to pay, but a notice that your claim is disputed and validation is requested, pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b).

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section.  I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

- What the money you say I owe is for;
- Explain and show me how you calculated what you say I owe;
- Provide me with copies of any papers that show I agreed to pay what you say I owe;
- Show me that you are licensed to collect in my state;
- Provide me with your license numbers and Registered Agent;
- Name and address of the original creditor if different from the current creditor;
- Under the Truth in Lending Act pursuant to 15 USC §§ 1601-1667j (full disclosure), I have a right to know who the true party of interest in this transaction is.  As such, I am asking you to stipulate whether Wells Fargo Home Mortgage (WFHM) is the holder in due course for my promissory note.   If WFHM is not the holder, then they admit to being the servicer of this obligation;
- Please also stipulate for the record whether or not my loan has been securitized, and if so, the name of the REMIC/Trust my loan is bundled with;

· Pursuant of U.C.C. - ARTICLE 3 -§3-501 (b) 2 (1), I am entitled to demand presentation of the negotiable instrument. That demand is hereby ordered. I demand that you present for my visual inspection **MY ORIGINAL WET INK SIGNATURE PROMISSORY NOTE and allonge together with the ORIGINAL WET INK Deed of Trust in one of Wells Fargo's offices located in Bel Air, Maryland**. This is required to establish WFHM right of enforcement as Holder in Due Course via a chain of assignment as evidenced by the Note or Allonge. Claiming to be the "the holder in due course" as a statement is insufficient proof of status and is/will be rejected.

<u>Please be advised</u>. **A COPY of the said Note nor an Affidavit of Loss or any other forms will not be acceptable**. A photocopy is insufficient proof as it does not answer the question of who CURRENTLY is the rightful and lawful holder in Due Course. Please contact me in writing to arrange for an appropriate point of inspection in Bel Air, Maryland.

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you for the following:

- · Violation of the Fair Credit Reporting Act
- · Violation of the Fair Debt Collection Practices Act
- · Defamation of Character

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

**<u>Do not telephone me</u>**. Do not contact any other persons about the debt. You must direct all communications intended to reach me via **US mail only**.

Thank you for attention to this matter.

Sincerely,

Sandra Forquer

# EXHIBIT  C

Sandra S. Forquer
452 E. Broadway Street
Bel Air, MD 21014

**VIA Certified Mail#: 7010 1870 0000 6533 4182**

February 4, 2012

Ms. Christine Fessler
Wells Fargo Home Mortgage
MAC X2302-019
1 Home Campus
Des Moines, IA 50328-0001

      Re:    Property Address - 452 E. Broadway Street, Bel Air, MD 21014
               Loan Number - 0199823253

Dear Ms. Fessler:

I am in receipt of your package dated January 17, 2012, in response to my letter dated December 31, 2011. However, you have not addressed any of the issues I inquired in my December 31st letter, or my October 31st Qualified Written Request.

Under USC Title 18 Chapter 25, Wells Fargo Home Mortgage is engaging in counterfeiting and such behavior is a felony. Providing a photocopy of a security instrument is not only unconscionable, but is illegal. I have asked for the visual inspection of the original Promissory Note, not a copy. Please do not send me another copy of the Promissory Note or the Deed of Trust. **I want to receive a Notarized Affidavit from the individual who is sending these copies, stating that the copies are being photocopied from the original Promissory Note.**

You did not provide any proof to sufficiently satisfying your claim under U.C.C. - ARTICLE 3 - §3-302 that you are a note holder in due course.

You did not stipulate whether or not, you or Freddie Mac were the holder in due course.

You did not stipulate whether this loan was securitized as required by law.

Therefore, you admit to the following:

       **1) You admit that you are a servicer of the Promissory Note.**

       **2) You admit that the loan has been securitized.**

       **3) You admit that you are not a real party of interest in this controversy.**

       **4) You admit that you are a debt collector and not the original creditor.**

Enclosed is a copy of the letter I sent to Robert E. Frazier, Esquire dated February 1, 2012.  I am also requesting from your office, a full accounting of the Chain of Custody for the said Promissory Note.

Under the Federal Rules of Civil Procedure Rule 36, you are advised to notify me within 30 days should you wish to contest any of the above allegations with specific proof.  Failure to do so, means that you fully admit to all allegations above as truth. These admissions will be used as evidence against you in any future controversy involving this matter.


Sincerely,

by Sandra S. Forquer


Enclosures